983 So.2d 1263 (2008)
In re GRAMERCY PLANT EXPLOSION AT KAISER.
No. 2008-CC-0481.
Supreme Court of Louisiana.
June 20, 2008.
In re Hayes, Terrance, Kaiser Alumina & Chemical Corporation, AXA Global Risks (U.K.) et al.;Plaintiff(s); Applying for Reconsideration of this Courts order dated May 2, 2008; Parish of St. James, 23rd Judicial District Court Div. D, No. 25,975; to the Court of Appeal, Fifth Circuit, No. 07-C-893.
Reconsideration denied.
CALOGERO, Chief Judge, would grant.